**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| J.A.B.A., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 7:26-cv-176-WLS-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, IRWIN DETENTION CENTER, | : | |
| | : | |
| | : | |
| Respondent. | : | |

## <u>ORDER</u>

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on June 8, 2026 (ECF No. 1).  Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response.  28 U.S.C. § 2243.  Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application.  Within fourteen (14) days thereafter, Petitioner should file any desired reply.  The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 8th day of June, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE